UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Intermetals Corp.

V.

Fortis Bank, et als

FILED

Oct 16    10 10 AM '03

U. S DISTRICT COURT
NEW HAVEN, CONN.

Case Number:        3:02 cv 2260 (PCD)

## NOTICE TO COUNSEL

--------------------

The above-entitled case was reported to the Court on <u>October 15, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 14, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 16, 2003.

KEVIN F. ROWE, CLERK

By: _Patricia A. Villano_
       Patricia A. Villano
       Deputy Clerk