# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMETALS CORPORATION | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV2260 (PCD) |
| v. | : |
| FORTIS BANK, FORTIS CAPITAL CORP. ORIENTAL BANK OF COMMERCE, and LLOYDS STEEL INDUSTRIES LTD. | : |
| Defendants | : OCTOBER 15, 2003 |

## NOTICE OF DISMISSAL AS TO FORTIS BANK
## AND FORTIS CAPITAL CORPORATION ONLY

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., plaintiff Intermetals Corporation hereby gives notice that this action (including all claims asserted in Plaintiff's Renewed Motion for Contempt, filed June 26, 2003) is voluntarily dismissed, with prejudice and without costs, as to defendants Fortis Bank and Fortis Capital Corporation only.

Frank J. Silvestri, Jr. (ct05367)
Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax (203) 333-1489
fsilvestri@znclaw.com

Attorney for Plaintiff
Intermetals Corporation

OF COUNSEL:

Elliot Silverman
MCDERMOTT, WILL & EMERY
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7102
Tel:   (949) 757-7105
Fax:  (949) 851-9348

Lara Romansic
MCDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, NY 10020
Tel:   (212) 547-5428
Fax:  (212) 547-5444

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered on this date to:

Peter E. Fleming, III, Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
695 Main Street, 3rd Floor
Stamford, CT  06901-2150

Dated at Bridgeport, Connecticut this 15th day of October 2003.

Frank J. Silvestri, Jr.