IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMETALS CORPORATION | : CIVIL ACTION NO. |
| | : 3:02CV2260 (PCD) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| FORTIS BANK, FORTIS CAPITAL CORP. | : |
| ORIENTAL BANK OF COMMERCE, and | : |
| LLOYDS STEEL INDUSTRIES LTD. | : |
| | : |
| Defendants | : OCTOBER 15, 2003 |

### NOTICE OF DISMISSAL AS TO FORTIS BANK
### AND FORTIS CAPITAL CORPORATION ONLY

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., plaintiff Intermetals Corporation hereby gives notice that this action (including all claims asserted in Plaintiff's Renewed Motion for Contempt, filed June 26, 2003) is voluntarily dismissed, with prejudice and without costs, as to defendants Fortis Bank and Fortis Capital Corporation only.

Frank J. Silvestri, Jr. (ct05367)
Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax (203) 333-1489
fsilvestri@znclaw.com

Attorney for Plaintiff
Intermetals Corporation

*[Margin note, left side]:* Stipulation of dismissal as to defendants Fortis Bank and Fortis Capital Corporation is adopted with the terms as set forth by the parties. The Clerk shall close the file. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

10/31/03